NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM ALEX WILLOUGHBY,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-2816
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed May 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess III,
Judge.

William Alex Willoughby, pro se.


PER CURIAM.


Affirmed.


LaROSE, C.J., and LUCAS and SMITH, JJ., Concur.